```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
DRYWALL TAPERS AND POINTERS OF :
GREATER NEW YORK LOCAL UNION 1974, :
AFFILIATED WITH INTERNATIONAL :
UNION OF ALLIED PAINTERS AND ALLIED :
TRADES, AFL-CIO, :
                           Petitioner, :
:
      -against- :
:
ATO CONTRACTING CORP., :
:
                           Respondent. :
:
-----------------------------------------------------------------X

1:20-cv-00938-GHW

ORDER

GREGORY H. WOODS, District Judge:

    On February 4, 2020, Petitioner filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than February 25, 2020. Respondent's opposition is due by March 25, 2020. Petitioners' reply, if any, is due by April 10, 2020.

    Petitioner is directed to serve a copy of this order on Respondent by first-class and certified mail.

    SO ORDERED.

Dated: February 10, 2020
New York, New York

                                                     GREGORY H. WOODS
                                               United States District Judge