**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATERNEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL UNION
OF ALLIED PAINTERS AND ALLIED TRADES,
AFL-CIO,

                     Petitioner,                  20 **CIVIL** 938 (GHW)

           -against-                             **JUDGMENT**

ATO CONTRACTING CORP.,

                     Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 22, 2020, the Petition to confirm the arbitration award is granted; judgment is entered for Petitioner in the amount of $4,000.00; accordingly, this case is closed.

**Dated:**  New York, New York
           December 22, 2020

                                                     RUBY J. KRAJICK
                                                   _____
                                                    Clerk of Court

                                                   Deputy Clerk
                                    BY:  _____